IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AVENTINE RENEWABLE ENERGY, INC., <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>ABERDEEN ENERGY, LLC <br><br>　　　　　　Defendant. | Civ. Action No. 1:13-cv-01320-JES-JAG |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Aventine Renewable Energy, Inc. through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Aberdeen Energy, LLC.

Date: August 5, 2013.

　　　　　　　　　　　　　　　　AVENTINE RENEWABLE ENERGY, INC., Plaintiff


　　　　　　　　　　　　　　　　By: /s/ Thomas W. O'Neal
　　　　　　　　　　　　　　　　Thomas W. O'Neal ARDC No. 3127563
　　　　　　　　　　　　　　　　Howard & Howard Attorneys, PLLC
　　　　　　　　　　　　　　　　One Technology Plaza, Suite 600
　　　　　　　　　　　　　　　　211 Fulton Street
　　　　　　　　　　　　　　　　Peoria, IL  61602
　　　　　　　　　　　　　　　　Telephone:  309-672-1483
　　　　　　　　　　　　　　　　Facsimile:  309-672-1568
　　　　　　　　　　　　　　　　Email: toneal@howardandhoward.com

2349464v1